1  MOEEL LAH FAKHOURY LLP
2  Shaffy Moeel (State Bar No. 238732)
   Hanni M. Fakhoury (State Bar No. 252629)
3  2006 Kala Bagai Way, Suite 16
   Berkeley, CA 94704
4  Telephone:   (510) 500-9994
   Email:        shaffy@mlf-llp.com
5

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION
9
10 UNITED STATES OF AMERICA,     )  NO. CR 23 CR 420 SI
                                 )
11     Plaintiff,                )  **STIPULATION AND [PROPOSED] ORDER
                                 )  SETTING CHANGE OF PLEA HEARING**
12     v.                        )
                                 )
13 REZA KHOSHNEVISAN,            )
                                 )
14     Defendant.                )
                                 )
15 _____)

16   The parties have reached a resolution in this matter and request that the matter be
17 set for a change of plea hearing on February 9, 2024. The parties request that the status
18 hearing in this matter on January 12, 2024 be vacated.
19   The parties stipulate that the time between January 12, 2024, and February 9, 2024,
20 should be excluded from the calculation of time under the Speedy Trial Act. The exclusion
21 of time is appropriate in order to provide reasonable time necessary for the continuity and
22 effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Moreover, the
23 ends of justice are served by granting the continuance and outweigh the best interests of
24 the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).
25   Undersigned defense counsel certifies that she has obtained approval from counsel
26 for the government to file this Stipulation and Proposed Order.
27
28

STIPULATION AND [PROPOSED] ORDER
CR 23-CR 420 SI

1
2  SO STIPULATED.
3  DATED: January 9, 2024                          ISMAIL J. RAMSEY
                                                   United States Attorney
4
5                                                  _____/s/_____
                                                   DAVID WARD
6                                                  Assistant United States Attorney
7
8
9                                                  _____/s/_____
                                                   SHAFFY MOEEL
10                                                 HANNI M. FAKHOURY
                                                   Counsel for Reza Khoshnevisan
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 23-CR 420 SI

# [PROPOSED] ORDER

Based on the reasons stated above, and for good cause shown, the Court hereby sets a change of plea hearing in this matter for February 9, 2024.

Furthermore, based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by excluding time from January 12, 2024 to February 9, 2024 outweigh the best interests of the public and the defendant in a speedy and public trial because a failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, it is hereby ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (7)(A) and (B)(iv) from January 12, 2024 to February 9, 2024.

IT IS SO ORDERED.

Dated

SUSAN ILLSTON
United States Senior District Judge